EDWARD L. TIMMONS, Respondent, v. IRENE L. SHUMAKER, Appellant.—

The proof clearly establishes that the sale failed of consummation because the purchaser changed his mind before a written contract was signed and not because the seller refused to proceed. Under these circumstances the broker has not earned the commission provided to be paid under the employment agree-

ment. Adel, Wenzel and Schmidt, JJ., concur; Carswell, Acting P. J., dissents and votes to affirm, with the following memorandum in which MacCrate, J., concurs: The seller promised to present a contract consonant with the terms upon which the parties had agreed. The first contract concededly was not consonant with such terms. The second contract was; but that contract was submitted after a lapse of thirty days. Implicit in the seller's promise to present a proper contract was the obligation to do so within a reasonable time. Upon adequate proof, the trial court has *found as a fact* that the delay of thirty days was unreasonable and that the seller obstructed and prevented the sale by her conduct and unreasonable delay. Consequently, the brokerage fee was earned. (See *Boyd* v. *Boyd,* 252 N. Y. 422.)